# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| PHILIP TIENE, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 17-2683 |
| | : | |
| LAW OFFICE OF J. SCOTT WATSON | : | |
| P.C. and DREXEL UNIVERSITY, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

**AND NOW**, this 3rd day of January, 2018, upon consideration of Plaintiff Philip Tiene's ("Tiene") Motion for Leave to File an Amended Complaint, Defendants Law Office of J. Scott Watson P.C. ("JSW") and Drexel University's ("Drexel") (collectively, "Defendants") Motion for Summary Judgment, Tiene's Motion to Compel Defendants' Depositions, and Tiene's Motion to Strike Objections and Produce Documents, along with all of the briefs in support and opposition to the respective Motions, it is hereby **ORDERED** that:

1. Tiene's Motion for Leave to File an Amended Complaint (Doc. No. 12) is **DENIED**;

2. Defendants' Motion for Summary Judgment (Doc. No. 9) is **GRANTED**. The Fair Debt Collection Practices Act claim (Count I) against JSW is **DISMISSED WITH PREJUDICE**. To the extent that Tiene has any remaining claims under Pennsylvania's Unfair Trade Practices and Consumer Protection Law (Count II) against Drexel, we decline to exercise supplemental jurisdiction over them pursuant to 28 U.S.C. § 1367(c)(3);

3. Tiene's Motion to Compel Defendants' Depositions (Doc. No. 7) is **DENIED** as **MOOT**;

4. Tiene's Motion to Strike Objections and Produce Documents (Doc. No. 8) is **DENIED** as **MOOT**; and

5. the Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE