# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILIP TIENE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 17-2683 |
| DREXEL UNIVERSITY and J. SCOTT WATSON, P.C., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 10th day of July, 2019, upon consideration of Defendants Drexel University and J. Scott Watson, P.C.'s Motion for Summary Judgment, Plaintiff Philip Tiene's Memorandum of Law in Opposition, and Defendants' Reply in Support, it is hereby **ORDERED** that Defendants Motion (Doc. No. 38) is **GRANTED** and that the case is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** the Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE